IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

IN RE:

JOHN MILTON ZIEGLER, III,         CASE NO.: 01-13858-WSS-13

    DEBTOR.

CENLAR,

    PLAINTIFF,

vs.

JOHN MILTON ZIEGLER, III,

    DEFENDANT.

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW CENLAR, servicing agent for NationsBanc Mortgage Corporation, and moves the Court for relief from the automatic stay pursuant to Rule 1001(a) and Rule 9014, in order that it may proceed with its foreclosure of a mortgage secured by Defendant's property and as grounds for said motion say as follows:

(1) Debtor's real property is encumbered by a mortgage which is attached hereto, marked Exhibit "A" and specifically made a part hereof.

(2) Movant's interest in real property described on the attached mortgage located at 7775 Roberson Street, Irvington, AL 36544 is not adequately protected.

(3) On or about August 2, 2001, your Debtor, John Milton Ziegler, III, petitioned this Honorable Court for debtor's protection pursuant to Title 11, Chapter 13 of the United States Code.

(4) Plaintiff avers that the mortgage marked Exhibit "A" is now greatly in default and mortgagor, John Milton Ziegler, III, is now three (3) months in arrears in mortgage payments (March, 2005 through May, 2005), as more fully set out

in the affidavit attached hereto as Exhibit "B".

(5) There is cause for removing the stay, including, but not limited to, the fact Movant's interest in said property is not adequately protected, and Debtor does not have an equity in such property and said property is not necessary for an effective reorganization.

(6) Debtor has demonstrated a continuing default and a clear inability to make payments required by the loan documents, Confirmation Order, and the provisions of the Bankruptcy Code, consequently, Movant is not adequately protected and, unless granted relief from the Automatic Stay to repossess and dispose of the collateral, will suffer irreparable harm and injury.

WHEREFORE, PREMISES CONSIDERED, your Movant, CENLAR, servicing agent for NationsBanc Mortgage Corporation, moves for termination of the stay pursuant to 11 U.S.C. § 362(a) to permit Movant to proceed with foreclosure due to default in payments in accordance with the provisions of said mortgage and the laws of the State of Alabama.

/s/ Erin Stark Brown
Erin S. Brown
Attorney for Plaintiff
CENLAR
Our File No.: 5000-796

OF COUNSEL:

LAW OFFICES OF ERIN STARK BROWN, P.L.L.C.
Post Office Box 11213
Montgomery, Alabama 36111
(334) 613-9169

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Motion to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on this the 17th day of May, 2005.

/s/ Erin Stark Brown
Erin Stark Brown


John Milton Ziegler, III
8404 Barrie Drive
Theodore, AL 36582

Herman D. Padgett
Post Office Box 62
Mobile, AL 36601

John C. McAleer, III
P.O. Box 1884
Mobile, AL 36633