| FROM | | Speed Memo/ Reply | |
|---|---|---|---|
| | **CHAPTER 13**<br>P.O. BOX 1884<br>MOBILE, AL 36633-1884<br>PHONE (334) 438-4615 | DATE: 5/2/2006<br>ATTENTION: _____ | ☐ URGENT<br>☐ SOON AS POSSIBL<br>☐ NO REPL NEEDED |

TO: UNITED STATES BANKRUPTCY COURT
MOBILE, AL

SUBJECT: 01-13858-WSS-13

JOHN MILTON ZIEGLER III

**MESSAGE**

TRUSTEE CLAIM - 4  # 62,889.35  Mortgage
TRUSTEE CLAIM - 14  # 2342.15  MORTGAGE ARREARS  PAID - # 946.33
TRUSTEE CLAIM - 18  # 2680.00  MORTGAGE ARREARS  PAID - # 1082.81
(CENDANT MTG CORP / PHH MTG)

THE CREDITOR HAS REFUNDED # 943.34 ON CLAIM 14 and # 1079.43 ON CLAIM 18 BECAUSE THEY CONSIDERED THE STAY TO BE TERMINATED AS OF AUGUST 2005.

IT APPEARS THE CLAIMS ARE DUE TO BE REDUCED AND ALLOWED TO THE AMOUNT PAID.

SIGNED:
J.C. McALEER, III
by Gloria Henry

**REPLY**

Instruction to receiver.
1) Write reply. 2) Keep pink copy. Return white to sender

LAW OFFICES
# BURNETT & MATTHEWS LLP
A LIMITED LIABILITY PARTNERSHIP
4675 MACARTHUR COURT, SUITE 1540
NEWPORT BEACH, CA 92660
TELEPHONE (949) 729-0620
FACSIMILE (949) 729-0630

Sender's E-mail:
lna@burnett-matthews.com

## Facsimile Transmission Sheet

**April 25, 2006**

| Company: | John C. McAleer, III, Chapter 13 Trustee |
| --- | --- |
| Fax Number: | 251-438-3545 |
| Re: | 0001968486 Ziegler |
| From: | Liliana Naidich |
| Total Pages: | 5 (including cover) If the transmission is incomplete or if you have any questions, please contact the sender at (949) 729-0620 |

Attached please find the a copy of the Notice of Termination sent August 19, 2005 for the above. Thank you.

Liliana Naidich
949-729-0620, ext. 105

FILED IN TRUSTEE'S OFFICE JOHN C. MCALEER III TRUSTEE  2006 APR 26 A 8:04  CHAPTER 13 TRUSTEE U.S. BANKRUPTCY COURT

LAW OFFICES
# BURNETT & MATTHEWS LLP
A LIMITED LIABILITY PARTNERSHIP
4675 MACARTHUR COURT, SUITE 1540
NEWPORT BEACH, CA 92660
TELEPHONE (949) 729-0620
FACSIMILE (949) 729-0630

August 19, 2005

<u>Via U.S. Mail</u>

Herman D. Padgett, Esq.
Attorney at Law
PO Box 62
Mobile, AL 36601-0062

Re: **Notice of Termination of Stay**
    Your Client:     John Milton Ziegler, III
    Our Client:     Cendant Mortgage Corporation
    Bankruptcy:     01-13858 (Chapter 13)
    Loan Number:     0001968486

Dear Mr. Padgett:

This letter shall serve as notice of our client's right pursuant to that Consent Order entered on March 7, 2002, to pursue foreclosure of the property located at 8404 Barrie Drive, Theodore, AL 36582.

Pursuant to the order your client was to make all monthly payments timely. Our client did not receive all required payments. A notice of default which was required under the terms of the Consent Order was served on July 28, 2005. Since there is no other notice required, we will move this loan out of bankruptcy.

If you have any questions, please contact me.

Very truly yours,

John F. Alarcon
National Mortgage
Default Services Manager

cc: John M. Ziegler, III, 8404 Barrie Drive, Theodore, AL 36582

| MICHAEL W. BURNETT*+ | LAW OFFICES | OF COUNSEL: |
| ARTURO E. MATTHEWS, JR.* | **BURNETT & MATTHEWS LLP** | CHARLES L. FIRESTEIN + |
| | | THEODORE M. THERRIAULT ** |
| | | DAVID B. SCHUMACHER ++ |
| *+ ADMITTED IN CALIFORNIA & | 4675 MACARTHUR COURT, SUITE 1540 | |
| OREGON | NEWPORT BEACH, CA 92660 | +ADMITTED IN ARIZONA & |
| *ADMITTED IN CALIFORNIA, | TELEPHONE (949) 729-0620 | CALIFORNIA |
| DISTRICT OF COLUMBIA & NEW | TELECOPIER (949) 729-0630 | **ADMITTED IN WASHINGTON |
| YORK | | ++ADMITTED IN OREGON & |
| | | WASHINGTON |

July 28, 2005

<u>Via U.S. Mail</u>

Herman D. Padgett, Esq.
POB 62
Mobile, AL 36601-0062

Your Client: John Milton Ziegler, III
Our Client: Cendant Mortgage Corporation
Loan No.: 0001968486 ah
USBC No.: 01-13858

Dear Herman D. Padgett:

This letter is to advise that your client is in default under the Order entered in this case on March 7, 2002. Your client has ten (10) calendar days from the date of this letter in which to cure said default, or we will seek relief on behalf of our client pursuant to the terms of the Order.

As of today's date, the amount in default is $1704.39. A breakdown is as follows:

| | | |
|---|---|---|
| 2 monthly payments at $568.44 (6/1/05 - 7/1/05) | $ | 1136.88 |
| May 2005 Short Payment | $ | 517.51 |
| Attorney Fees | $ | 50.00 |

Reinstatement funds must be submitted in form of a cashiers check or money order, for the full amount stated above and remitted to our office at the above stated address on or before 5:00 p.m. on August 8, 2005.

If you have any questions concerning this matter, please contact John F. Alarcon.

Very truly yours,

Arturo E. Matthews
Burnett & Matthews LLP

cc: John Milton Ziegler, III, 8404 Barrie Drive Theodore, AL 36582

01-13858 JOHN MILTON ZIEGLER III

| Date | Code | Creditor Name | Cred | Clm | ID | Amount | Check No |
|---|---|---|---|---|---|---:|---|
| Feb 20, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 38.19 | &0547872 |
| Mar 20, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 55.14 | &0551266 |
| May 12, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 53.19 | &0557910 |
| Jun 19, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 56.21 | &0561127 |
| Jul 17, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 55.44 | &0565093 |
| Aug 21, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 55.67 | &0568581 |
| Sep 18, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 55.74 | &0572162 |
| Oct 16, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 54.53 | &0575533 |
| Nov 20, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 55.68 | &0578887 |
| Dec 18, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 55.29 | &0582748 |
| Feb 19, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 53.94 | &0589572 |
| Mar 18, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 55.59 | &0593421 |
| Apr 15, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 55.44 | &0597084 |
| Jun 17, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 53.94 | &0604349 |
| Aug 19, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 54.09 | &0611602 |
| Oct 28, 2004 | SDCK | N-CENDANT MORTGAGE | 521015 | 0014 | TB6 | 55.44- | &0597084 |
| Oct 28, 2004 | PCCF | N-CENDANT MORTGAGE | 521015 | 0014 | TB5 | 55.44 | 0161424 |
| Dec 16, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0014 | T99 | 71.40 | &0626409 |
| Jan 19, 2005 | CANP | N-CENDANT MORTGAGE | 521015 | 0014 | TB6 | 53.94- | &0604349 |
| Apr 22, 2005 | CR | N-CENDANT MTG CORP/PHH | 251573 | 0014 | T99 | 39.79 | &0641582 |
| Jul 21, 2005 | CR | N-CENDANT MTG CORP/PHH | 251573 | 0014 | T99 | 81.00 | &0653771 |
| Nov 17, 2005 | CR | N-CENDANT MTG CORP/PHH | 251573 | 0014 | T99 | 944.88 | &0669263 |
| Jan 11, 2006 | CANP | N-CENDANT MTG CORP/PHH | 251573 | 0014 | TB7 | 944.88- | &0669263 |
| Jan 19, 2006 | CR | N-CENDANT MTG CORP/PHH | 251573 | 0014 | T99 | 943.34 | &0676474 |

*** T O T A L ***

Gross: 1,889.67
Less: .00
Net: 1,889.67

*[Handwritten:]*
− 943.34 Refund Rec'd
# 946.33 Total

01-13858 JOHN MILTON ZIEGLER III

| Date | Code | Creditor Name | Cred | Clm | ID | Amount | Check No |
|---|---|---|---|---|---|---|---|
| Feb 20, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 43.70 | &0547872 |
| Mar 20, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 63.09 | &0551266 |
| May 12, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 60.86 | &0557910 |
| Jun 19, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 64.31 | &0561127 |
| Jul 17, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 63.44 | &0565093 |
| Aug 21, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 63.71 | &0568581 |
| Sep 18, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 63.78 | &0572162 |
| Oct 16, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 62.40 | &0575533 |
| Nov 20, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 63.71 | &0578887 |
| Dec 18, 2003 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 63.26 | &0582748 |
| Feb 19, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 61.72 | &0589572 |
| Mar 18, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 63.61 | &0593421 |
| Apr 15, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 63.43 | &0597084 |
| Jun 17, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 61.72 | &0604349 |
| Aug 19, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 61.89 | &0611602 |
| Oct 28, 2004 | SDCK | N-CENDANT MORTGAGE | 521015 | 0018 | TB6 | 63.43- | &0597084 |
| Oct 28, 2004 | PCCF | N-CENDANT MORTGAGE | 521015 | 0018 | TB5 | 63.43 | 0161424 |
| Dec 16, 2004 | CR | N-CENDANT MORTGAGE | 521015 | 0018 | T99 | 81.69 | &0626409 |
| Jan 19, 2005 | CANP | N-CENDANT MORTGAGE | 521015 | 0018 | TB6 | 61.72- | &0604349 |
| Apr 22, 2005 | CR | N-CENDANT MTG CORP/PHH | 251573 | 0018 | T99 | 45.52 | &0641582 |
| Jul 21, 2005 | CR | N-CENDANT MTG CORP/PHH | 251573 | 0018 | T99 | 92.69 | &0653771 |
| Nov 17, 2005 | CR | N-CENDANT MTG CORP/PHH | 251573 | 0018 | T99 | 1,081.20 | &0669263 |
| Jan 11, 2006 | CANP | N-CENDANT MTG CORP/PHH | 251573 | 0018 | TB7 | 1,081.20- | &0669263 |
| Jan 19, 2006 | CR | N-CENDANT MTG CORP/PHH | 251573 | 0018 | T99 | 1,079.43 | &0676474 |

\*\*\* T O T A L \*\*\*

Gross: 2,162.24
Less: .00
Net: 2,162.24

− 1079.43 (Creditor Refund Rec'd)
# 1082.81