UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE
JOHN MILTON ZIEGLER                                CASE NO. 01-13858-WSS-13
Debtor(s)

ORDER

This matter is before the Court to reduce and allow the claims filed by Cendant Mortgage Corp/PHH Mortgage for the amounts paid. The Chapter 13 Trustee's Office has received a letter from said Creditor stating that they considered the stay to be terminated as of August 2005. $946.34 has been disbursed to the Creditor on Claim 14 and $1082.81 on Claim 18. It appears that the claims should be reduced to the amounts paid. No notice was given or is necessary.

It is **ORDERED** that the mortgage arrearage claims on file with the Trustee, filed by Cendant Mortgage Corp/PHH Mortgage, are hereby **REDUCED** and **ALLOWED** for the amounts paid.

Dated:    May 3, 2006

*/s/ William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE

Account – 0001968486