# United States Bankruptcy Court
Southern District of Alabama

In Re:  
John Milton Ziegler III  
xxx–xx–9751

Case Number: 01–13858

## ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

The court finds that the debtor filed a petition under title 11, United States Code, on 8/2/01 , the debtor's plan has been confirmed , and that the debtor has fulfilled all requirements under the plan.

IT IS ORDERED THAT:

    1. Pursuant to 11 U.S.C. sec. 1328(c), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. sec. 502, except any debt:

        (a) provided for under 11 U.S.C. sec. 1322(b)(5) and on which the last payment is due after the date on which the final payment under the plan was due;

        (b) in the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. sec. 523(a)(5);

        (c) for a student loan or educational benefit overpayment as specified in 11 U.S.C. sec. 523(a)(8) in any case in which discharge is granted prior to October 1, 1996;

        (d) for a death or personal injury caused by the debtor's unlawful operation of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. sec. 523(a)(9) , in a bankruptcy case filed on or after November 15, 1990; or

        (e) for restitution included in a sentence on the debtor's conviction of a crime, in a case filed on or after November 15, 1990;

        (f) for a fine included in a sentence on the debtor's conviction of a crime, in a case filed on or after October 22, 1994.

    2. Pursuant to 11 U.S.C. sec. 1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. sec. 1305(a)(2) if prior approval by the trustee of the debtor's incurring such debt was practicable and was not obtained as personal liabilities of the above–named debtor.

    3. Notwithstanding the provisions of title 11, United States Code, the debtor is not discharged from any debt made nondischargeable by 18 U.S.C. sec. 3613(f), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, or any other applicable provision of law.

    4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

    Date: 5/17/06

        WILLIAM S. SHULMAN  
        UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1128-1              User: nixon                Page 1 of 2              Date Rcvd: May 17, 2006
Case: 01-13858                    Form ID: B18W              Total Served: 36
```

The following entities were served by first class mail on May 19, 2006.
```
db            +John Milton Ziegler, III,   8404 Barrie Drive,   Theodore, AL 36582-5104
aty            Beth M. Rouse,   718 Downtowner Blvd.,   Mobile, AL  36609-5402
aty            Erin Brown,   P.O. Box 11213,   Montgomery, AL  36111-0213
aty           +Herman D. Padgett,   4317 Downtowner Loop North,   Mobile, AL 36609-5501
aty           +Jay York,   One Houston Street,   Mobile, AL 36606-1441
aty            Jeffery J. Hartley,   Helmsing, Leach, Herlon, Newman & Rouse,   P.O. Box 2767,
                 Mobile, AL  36652-2767
aty            Lacy Robertson,   P.O. Box 62,   Mobile, AL  36601-0062
aty            Shelly D. Thornton,   2430 L & N Drive,   P. O. Box 307,   Huntsville, AL  35804-0307
aty            Thomas Edwin Bazemore,   Huie, Fernambucq & Stewart,   Three Protective Center, St. 200,
                 Birmingham, AL  35223
aty           +W. Lloyd Copeland,   Taylor Martino Kuykendall,   51 St. Joseph Street,   Mobile, AL 36602-3503
aty            William L. Howell,   William L. Howell, P.A.,   P. O. Box 9458,   Mobile, AL  36691-0458
tr            +John C. McAleer, III,   P.O. Box 1884,   Mobile, AL 36633-1884
cr            +CENLAR,   c/o McCalla, Raymer, et al.,   Bankruptcy Department,   1544 Old Alabama Road,
                 Roswell, GA 30076-2102
cr            +Cenlar,   P.O. Box 77409,   Ewing, NJ 08628-6409
731399         AMERICAN GENERAL FINANCE,   3252 COTTAGE HILL ROAD,   P O BOX 16604,   MOBILE AL 36616-0604
1392605       +Allstate Indemnity Company,   c/o Jeffery Hartley,   P.O. Box 2767,   Mobile, AL 36652-2767
795070         Arturo E. Matthews, Jr., Atty. for,   Cendant Mortgage Corporation,   c/o Gurnett & Matthews, LLP,
                 4675 MacArthur Court, Ste 1540,   Newport Beach, CA  92660-1884
731400         BANK OF AMERICA,   P O BOX 9001092,   LOUISVILLE KY 40290-1092
1253660       +CENLAR,   Bankruptcy Department,   425 Phillips Blvd.,   Ewing NJ 08618-1430
1487362       +CENLAR,   Bankruptcy Department,   425 Philllips Boulevard,   Ewing, NJ 08618-1430
731408         CROSS COUNTRY BANK VISA,   P O BOX 310731,   BOCA RATON FL 33431-0731
731401         FORD MOTOR CREDIT COMPANY,   P O BOX 830339,   BIRMINGHAM AL 35283-0339
731409         FORD MOTOR CREDIT COMPANY,   TAMPA SERVICE CENTER,   FOR NOTICE ONLY,   P O BOX 31111,
                 TAMPA FL 33631-3111
846380        +FORD MOTOR CREDIT COMPANY,   C/O WILLIAM L. HOWELL,   POST OFFICE BOX 9458,
                 MOBILE, AL 36691-0458
843111        +James White,   P.O. Box 1358,   Theodore, AL 36590-1358
843108        +Linda White,   P.O. Box 1358,   Theodore, AL 36590-1358
731404        +MOBILE COUNTY,   CHILD SUPPORT UNIT,   DHR CHILD SUPPORT DIVISION,   P O BOX 1906,
                 MOBILE AL 36633-1906
731410         MOSTELLAR DENTAL CENTER,   525 NORTH WINTZELL DRIVE,   BAYOU LA BATRE AL 36509
731411        +MOSTELLAR MEDICAL CENTER,   12701 PADGETT SWITCH ROAD,   IRVINGTON AL 36544-4011
731402        +PHH MORTGAGE SERVICES,   6000 ATRUIM WAY,   MOUNT LAUREL NJ 08054-3918
731413        +PREMIER MEDICAL MANAGEMENT,   2880 DAUPHIN STREET,   MOBILE AL 36606-2457
731406        +STATE OF ALABAMA,   CHILD SUPPORT DIVISION,   ASSISTANT ATTORNEY GENERAL,
                 1150 GOVERNMENT STREET SUITE #105,   MOBILE AL 36604-2411
731405        +STATE OF ALABAMA,   DHR LEGAL OFFICE,   CHILD SUPPORT DIVISION,   50 RIPLEY STREET ROOM 2122,
                 MONTGOMERY AL 36130-1001
731398        +STATE OF ALABAMA,   DEPARTMENT OF REVENUE,   LEGAL DIVISION,   P O BOX 320001,
                 MONTGOMERY AL 36130-0001
731403        +TERESA LANDRY ZIEGLER,   FOR NOTICE ONLY,   8404 BARRIE DRIVE,   THEODORE AL 36582-5104
```

The following entities were served by electronic transmission on May 18, 2006 and receipt of the transmission was confirmed on:
```
731400         EDI: BANKAMER2.COM May 18 2006 03:28:00      BANK OF AMERICA,   P O BOX 9001092,
                 LOUISVILLE KY 40290-1092
731415        +EDI: WOLPOFF.COM May 18 2006 03:28:00      WOLPOFF & ABRAMSON LLP,
                 ATTY FOR CROSS COUNTY BANK VISA,   TWO IRVINGTON CENTRE,   702 KING FARM BOULEVARD,
                 ROCKVILLE MD 20850-5774
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allstate Insurance Company
cr             Cedant Mortgage Corporation
cr             EMC Mortgage Corporation
cr             Ford Motor Credit Company
cr*           +James White,   P.O. Box 1358,   Theodore, AL 36590-1358
cr*           +Linda White,   P.O. Box 1358,   Theodore, AL 36590-1358
731407*        BANK OF AMERICA,   P O BOX 9001092,   LOUISVILLE KY 40290-1092
731416*        FORD MOTOR CREDIT COMPANY,   P O BOX 830339,   BIRMINGHAM AL 35283-0339
731412*       +PHH MORTGAGE SERVICES,   6000 ATRUIM WAY,   MOUNT LAUREL NJ 08054-3918
731414*       +TERESA LANDRY ZIEGLER,   FOR NOTICE ONLY,   8404 BARRIE DRIVE,   THEODORE AL 36582-5104
                                                                                     TOTALS: 4, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2006**          **Signature:** _Joseph Speetjens_